IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| Richard Brown, Louis C. Mancuso, and Robert J. Brinson, individually and on behalf of all persons similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> Charles Schwab & Co., Inc., <br><br> Defendant/ Third-Party Plaintiff, <br><br> vs. <br><br> Robert B. Pearlman, and Pearlman & Pearlman, Attorneys at Law, P.C., <br><br> Third-Party Defendants. | Civil No. 2:07-CV-3852-DCN <br><br><br><br> **ORDER** |

This matter is before the court on third-party defendants' motion to dismiss defendant's/third-party plaintiff's complaint pursuant to Federal Rules of Civil Procedure 8(a), 9(b), and 12(b)(6). Plaintiffs filed a lawsuit against defendant/third-party plaintiff Charles Schwab & Co., Inc. ("Schwab"), alleging that Schwab violated the South Carolina Uniform Securities Act through its dealings with Albert E. Parish ("Parish"). Schwab, in turn, filed a third-party complaint against third-party defendants Robert B. Pearlman and his law firm, asserting the following causes of action: (1) indemnification, (2) contribution, (3) professional malpractice, (4) negligent misrepresentation, (5) deceit, and (6) negligence.

1

Having thoroughly considered the parties' written and oral submissions in light of the standard set forth in Ashcroft v. Iqbal, 129 S. Ct. 1937 (2009), the court **GRANTS** third-party defendants' motion to dismiss Schwab's professional malpractice claim, without prejudice, as a result of Schwab's failure to contemporaneously file an affidavit of an expert witness with its complaint as required by South Carolina Code of Laws § 15-36-100(B). The court **DENIES** third-party defendants' motion to dismiss as to all remaining claims.

**AND IT IS SO ORDERED.**

_____
**DAVID C. NORTON**
**CHIEF UNITED STATES DISTRICT JUDGE**

**November 2, 2010**
**Charleston, South Carolina**